IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 25 2005

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

RONALD JOSEPH PUMA                                                    PETITIONER

CASE NO. 2:05CV00079 JMM

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                           RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 22 day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 7/25/05 BY _____

AO 72A
(Rev.8/82)