IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 25 2005
JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

RONALD JOSEPH PUMA                                                PETITIONER

VS.                    CASE NO. 2:05CV00079 JMM

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                       RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed with prejudice. The relief prayed for is denied.

SO ADJUDGED this 22 day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 7/25/05 BY _____